FILED
2008 AUG -7 PM 12: 43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 2453**

The person charged as **BALTAZAR, Emilio Flores** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of **Minnesota** on **08/23/06** with: **Title 18 USC and Title 21 USC** in violation of:

Count 1-Consipracy to Distribute and Possess with Intent to Distribute Controlled Substance; Namely, Methamphetamine, Cocaine, Cocaine Base or "Crack," and Marijuana in violation of 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846
Count 15 and 17-Distribution of Methamphetamine in violation of 21:841(a)(1) and 841(b)(1)(A) and 18:2
Count 16-Distribution of Marijuana in violation of 21:841(a)(1) and 841(b)(1)(C) and 18:2
Count 18-Distribution of Cocaine in violation of 21:841(a)(1) and 841(b)(1)(C) and 18:2
Count 19-Distribution of Marijuana in violation of 21:841(a)(1) and 841(b)(1)(D) and 18:2
Count 20-Distribution of Methamphetamine in violation of 21:841(a)(1) and 841(b)(1)(A) and 18:2

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: **08/07/2008**

_Brian Caserta_
Deputy United States Marshal

Reviewed and Approved

DATE: 8/7/2008

_____
Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

~~SECRET~~

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 06-68 (29) JMR/JSM

0641 - 0825 - 1423 - 2

Emilio Flores Baltazar

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Emilio Flores Baltazar

and bring him or her forthwith to the nearest Magistrate Judge to answer a Second Superseding Indictment charging him or her with:

Count 1-Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance; Namely, Methamphetamine, Cocaine, Cocaine Base or "Crack," and Marijuana in violation of 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846

Count 15 and 17-Distribution of Methamphetamine in violation of 21:841(a)(1) and 841(b)(1)(A) and 18:2

Count 16-Distribution of Marijuana in violation of 21:841(a)(1) and 841(b)(1)(C) and 18:2

Count 18-Distribution of Cocaine in violation of 21:841(a)(1) and 841(b)(1)(C) and 18:2

Count 19-Distribution of Marijuana in violation of 21:841(a)(1) and 841(b)(1)(D) and 18:2

Count 20-Distribution of Methamphetamine in violation of 211:841(a)(1) and 841(b)(1)(A) and 18:2

Ordered by:        Michael J. Davis, United States District Court Judge.

*[signed]* Jackie Ellingson    August 23, 2006 at Mpls, MN

(By)   Jackie Ellingson, Deputy Clerk

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

Intent to Distribute and Distribute Controlled Substances, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(o).

### COUNT 3
(Possession With Intent to Distribute Methamphetamine)

From in or about June 2004, through March 2006, in the State and District of Minnesota, the defendant,

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,

knowingly possessed with intent to distribute in excess of 500 grams, to wit: approximately 10 pounds of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 4
(Distribution of Methamphetamine)

On or about January 19, 2005, in the State and District of Minnesota, the defendant,

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,

knowingly distributed in excess of 50 grams, to wit: approximately 66 grams of "actual" methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

### COUNT 5
(Distribution of Methamphetamine)

On or about March 16, 2005, in the State and District of Minnesota, the defendants,

**FROYD CUADRADO,**
a/k/a Negro, and
**ANTONIO CUADRADO,**

each aiding and abetting and being aided and abetted by others, knowingly distributed in excess of 50 grams, to wit: approximately 109 grams of "actual" methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 6
(Use of Communication Facility to
Commit Drug Trafficking Activities)

On or about March 18, 2005, in the State and District of Minnesota, the defendant,

**ANTONIO CUADRADO,**

knowingly and intentionally used a communication facility, namely a telephone, in causing and facilitating the commission of acts constituting felonies under the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., in violation of Title 21, United States Code, Section 843(b).

5

United States v. Javier Jose Solis, et al.          Criminal No. 06-68 (JMR/JSM)

### COUNT 7
### (Distribution of Methamphetamine)

From on or about December 1, 2003, through June 2004, in the State and District of Minnesota, the defendant,

**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,

knowingly distributed in excess of 50 grams of a mixture or substance containing a detectable amount of methamphetamine, to wit: approximately 1 pound (453 grams) of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 8
### (Distribution of Methamphetamine)

From on or about January 1, 2004, through May 2005, in the State and District of Minnesota, the defendant,

**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,

knowingly distributed approximately 28 grams of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 9
### (Possession With Intent to Distribute and Distribution of Marijuana)

From on or about January 1, 2000, through January 1, 2001, in the State and District of Minnesota, the defendant,

6

United States v. Javier Jose Solis, et al.          Criminal No. 06-68 (JMR/JSM)

**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

aiding and abetting and being aided and abetted by others, including but not limited to Robert William Cruz, knowingly possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of marijuana, to wit: approximately 20 pounds of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 10
(Possession With Intent to Distribute Methamphetamine)

In or about 1999, in the State and District of Minnesota, the defendant,

**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

knowingly possessed with intent to distribute in excess of 500 grams of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 2 pounds of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 11
(Possession With Intent to Distribute Methamphetamine)

From on or about June 1, 2004, through September 30, 2004, in the State and District of Minnesota, the defendant,

United States v. Javier Jose Solis, et al.          Criminal No. 06-68 (JMR/JSM)

**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

knowingly possessed with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 56 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 12
(Possession With Intent to Distribute Methamphetamine)

From on or about January 1, 2005, through March 15, 2005, in the State and District of Minnesota, the defendant,

**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

knowingly possessed with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 1 pound of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 13
(Distribution of Methamphetamine)

From on or about January 1, 2005, through March 15, 2005, in the State and District of Minnesota, the defendant,

**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

United States v. Javier Jose Solis, et al.    Criminal No. 06-68 (JMR/JSM)

knowingly distributed in excess of 50 grams of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 56 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 14
(Distribution of Methamphetamine)

On or about December 29, 2004, in the State and District of Minnesota, the defendant,

**JESSIE MATEO RODRIGUEZ,**
a/k/a Teo,

knowingly distributed in excess of 5 grams; to wit: approximately 33 grams of "actual" methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 15
(Distribution of Methamphetamine)

From on or about January 1, 2003, through on or about June 2005, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute in excess of 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 16
(Distribution of Marijuana)

From on or about June 1, 2004, through in or about November 2004, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute a mixture and substance containing a detectable amount of marijuana; to wit: approximately 380 pounds of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 17
(Distribution of Methamphetamine)

From on or about June 1, 2004, through on or about March 1, 2006, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute in excess of 500 grams of a mixture and substance containing a detectable amount of methamphetamine; to wit: approximately 25 pounds of methamphetamine, a controlled substance, in violation of

United States v. Javier Jose Solis, et al.          Criminal No. 06-68 (JMR/JSM)

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 18
### (Distribution of Cocaine)

From on or about June 1, 2005, through on or about August 31, 2005, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute a mixture and substance containing a detectable amount of cocaine; to wit: approximately 1 pound of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 19
### (Distribution of Marijuana)

From on or about March 1, 2005, through in or about March 2006, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute a mixture and substance containing a detectable amount of marijuana; to wit: approximately 30 pounds of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

### COUNT 20
### (Distribution of Methamphetamine)

On or about July 28, 2006, in the State and District of Minnesota, the defendants,

**EMILIO FLORES BALTAZAR** and
**CHRISTINA MICHELLE ERDMAN,**

each aiding and abetting the other, did knowingly distribute in excess of 50 grams of "actual" methamphetamine, to wit: approximately 263 grams of "actual" methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATIONS

Counts 1 and 3-20 of this Second Superseding Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

As a result of the foregoing offenses, the defendants,

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,
**FROYD CUADRADO,**
a/k/a Negro,
**ANTONIO CUADRADO,**
**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,
**JESSE MATEO RODRIGUEZ,**
a/k/a Teo,
**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

**EMILIO FLORES BALTAZAR**, and
**CHRISTINA MICHELLE ERDMAN**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), their right, title and interest in any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 3-20 of this Second Superseding Indictment.

Count 2 of this Second Superseding Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the foregoing offenses, the defendants,

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,
**FROYD CUADRADO,**
a/k/a Negro,
**ANTONIO CUADRADO,**
**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,
**JESSE MATEO RODRIGUEZ,**
a/k/a Teo, and
**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,
**EMILIO FLORES BALTAZAR,** and
**CHRISTINA MICHELLE ERDMAN,**

Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

ie United States pursuant to Title 18, United

ɔn 924(d)(1), in conjunction with Title 28,

Section 2461(c), any firearm or ammunition

in any knowing violation of sections 922 and

above-described forfeitable property, as a

: omission of the defendants:

ə located upon the exercise of due

transferred or sold to, or deposited
ird person;

placed beyond the jurisdiction of the

ubstantially diminished in value; or

commingled with other property which
subdivided without difficulty;

of the United States, pursuant to Title 21,

Section 853(p), to seek forfeiture of all the

itle and interest in any other property of said

value of the above forfeitable property.

ɔn of Title 21, United States Code, Sections

(A), 841(b)(1)(B), 841(b)(1)(C), 841(b)(1)(D),

l), and 853(a)(2); and Title 18, United States

14

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,
**FROYD CUADRADO,**
a/k/a Negro,
**ANTONIO CUADRADO,**
**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,
**JESSE MATEO RODRIGUEZ,**
a/k/a Teo,
**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,
**EMILIO FLORES BALTAZAR,** and
**CHRISTINA MICHELLE ERDMAN,**

knowingly and intentionally conspired with each other and with Javier Jose Solis, Daniel Acosta, Angela Dominga Cuadrado, Neftaly Sierra-Serrano, Jayson Caraballo Rivera, Robert William Cruz, Sincere Yero Page-El, Odean Garner, Tracey Denise Wilson, Samuel Ortiz Acosta, Joseph Daniel Garcia, Shallon Erickson, John Dion Neeland, Keith Woodsen-Cox, Billy Rae Thomas, Antonio Valdez, Kenneth Myron Thomas, Leopoldo Martinez, Ricardo Antonio Dominguez, Francisco Jorge-Salgado, Vicente Alejandro Contreras, and with other persons, whose names are known and unknown to the grand jury, to distribute and possess with intent to distribute in excess of 50 grams of "actual" methamphetamine, in excess of 500 grams of a mixture or substance containing a detectable amount of cocaine, in excess of 5 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), and in excess of 50 pounds of a mixture and substance containing a detectable amount of marijuana, all controlled substances, in violation of Title 21, United States

2

United States v. Javier Jose Solis, et al.        Criminal No. 06-68 (JMR/JSM)

Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846.

## COUNT 2
### (Conspiracy to Possess Firearms During and in Relation to a Drug Trafficking Crime)

From on or about January 1, 2000, through August 23, 2006, in the State and District of Minnesota, the defendants,

**CHRISTOPHER LEE CALVILLO,**
a/k/a Sissy,
**FROYD CUADRADO,**
a/k/a Negro,
**ANTONIO CUADRADO,**
**JAMES CARABALLO RIVERA,**
a/k/a Bone Crusher,
**JESSE MATEO RODRIGUEZ,**
a/k/a Teo, and
**EDWARD ORTIZ SANCHEZ,**
a/k/a Socio,

knowingly and intentionally conspired with each other and with Javier Jose Solis, Daniel Acosta, Neftaly Sierra-Serrano, Jayson Caraballo Rivera, Robert William Cruz, Sincere Yero Page-El, Samuel Ortiz Acosta, Joseph Daniel Garcia, John Dion Neeland, Keith Woodsen-Cox, Billy Rae Thomas, Antonio Valdez, Kenneth Myron Thomas, Leopoldo Martinez, Ricardo Antonio Dominguez, Francisco Jorge-Salgado, Vicente Alejandro Contreras, and with other persons, whose names are known and unknown to the grand jury, to possess in furtherance of, carry and use a firearm during and in relation to a drug trafficking crime which may be prosecuted in a court of the United States; namely, Conspiracy to Possess with

3

# SECRET

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 06-68 (JMR/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>       v.                                             )<br>                                                          )<br>  3. CHRISTOPHER LEE CALVILLO, )<br>        a/k/a Sissy,                          )<br>                                                          )<br>  4. FROYD CUADRADO,                )<br>        a/k/a Negro,                         )<br>                                                          )<br>  5. ANTONIO CUADRADO,             )<br>                                                          )<br>  9. JAMES CARABALLO RIVERA,   )<br>        a/k/a Bone Crusher,             )<br>                                                          )<br> 26. JESSE MATEO RODRIGUEZ,    )<br>        a/k/a Teo,                              )<br>                                                          )<br> 27. EDWARD ORTIZ SANCHEZ,      )<br>        a/k/a Socio,                           )<br>                                                          )<br> 29. EMILIO FLORES BALTAZAR,   )<br>        and                                            )<br> 30. CHRISTINA MICHELLE ERDMAN,)<br>                                                          )<br>           Defendants.                        ) | SECOND SUPERSEDING INDICTMENT<br><br>(18 U.S.C. § 2)<br>(18 U.S.C. § 924(c)(1)(A))<br>(18 U.S.C. § 924(d)(1))<br>(18 U.S.C. § 924(o))<br>(21 U.S.C. § 841(a)(1))<br>(21 U.S.C. § 841(b)(1)(A))<br>(21 U.S.C. § 841(b)(1)(B))<br>(21 U.S.C. § 841(b)(1)(C))<br>(21 U.S.C. § 841(b)(1)(D))<br>(21 U.S.C. § 843(b))<br>(21 U.S.C. § 846)<br>(21 U.S.C. § 853(a)(1))<br>(21 U.S.C. § 853(a)(2))<br>(28 U.S.C. § 2461(c)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1

(Conspiracy to Distribute and Possess with Intent to
Distribute Controlled Substances; Namely, Methamphetamine,
Cocaine, Cocaine Base or "Crack," and Marijuana)

From on or about January 1, 2000, through August 23, 2006, in

the State and District of Minnesota and elsewhere, the defendants,



AUG 2 3 2006

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS