MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   Emilio Flores Baltazar                              No.   08mj2453-POR

HON.   Louisa S. Porter                    Tape No.   POR08-1:15:01-15:08(7m)

Asst. U.S. Attorney   Matthew Gardner      PTSO   N/A

                                                                    #      Status

Atty   Devon Burstein, FD S/A   ___ Apt ___ Ret for  Baltazar      (1)    (C)
       _____   ___ Apt ___ Ret for  _____  ( )    ( )
       _____   ___ Apt ___ Ret for  _____  ( )    ( )
       _____   ___ Apt ___ Ret for  _____  ( )    ( )
       _____   ___ Apt ___ Ret for  _____  ( )    ( )
       _____   ___ Apt ___ Ret for  _____  ( )    ( )
                                ___ Apt for Material Witness(es)

PROCEEDINGS:        ___ In Chambers    X  In Court    ___ By Telephone

DOA:08/07/08
Government's Oral motion to unseal case for the purposes of this arraignment - Granted.
Initial Appearance by Defendant Emilio Flores Baltazar.
Defendant arraigned on Out of District Complaint.
Attorney Martin Molina (n/a) Provisionally Appointed for Emilio Flores Baltazar.
ID/Removal hearing set for 08/21/08 @ 2:00pm before Magistrate Judge Porter in Courtroom H.
Status Re: counsel set for 08/12/08 @ 3:00pm before Magistrate Judge Porter in Courtroom H.
Government's oral motion to Detain due to risk of Flight and Danger.
Detention hearing set for 08/12/08 @ 3:00 before Magistrate Judge Porter in Courtroom H.
Government's oral motion to re-seal case - Granted.

Date   08/07/2008                            R. F. Messig
                                             Deputy's Initials