# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. **Emilio Flores Baltazar**                  No. **08mj2453-POR**

HON. **Louisa S. Porter**                  Tape No. **POR08-1:14:33-15:39(6m)**

Asst. U.S. Attorney **Matthew Gardner**                  PTSO **Charlene Delgado**

|     |     |     |     |     | # | Status |
| --- | --- | --- | --- | --- | --- | --- |
| Atty | Donald Yates S/A | Apt | Ret | for Baltazar | (1) | (C) |

___ Apt for Material Witness(es)

PROCEEDINGS: ___ In Chambers    X In Court    ___ By Telephone

- Government's Oral Motion to Unseal Case - Granted.
- Detention hearing held.
- Defendant waives detention hearing.
- Government's motion to detain - Granted upon defendant's waiver of detention hearing.
- Order of detention to be filed by the government by 08/13/08.

Date **08/12/2008**                  R. F. Messig
                                     Deputy's Initials