```
 1  Donald A. Yates, State Bar No.: 135775
    LAW OFFICES OF DONALD A. YATES
 2  1850 Fifth Avenue
    San Diego, California 92101
 3  Tel. (800) 500-7077
    Fax:  (619) 312-2368
 4
    Attorney for Defendant
 5  JAVIER MEDINA BALTAZAR
```

**FILED**
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:08-mj-02453-POR |
| Plaintiffs, | |
| v. | SUBSTITUTION OF ATTORNEY |
| EMILIO FLORES BALTAZAR, | |
| Defendant. | |

I am presently represented by Attorney Martin J. Molina.

I hereby substitute Attorney Donald A. Yates, 1850 Fifth Avenue, San Diego, California 92101, telephone number (800) 500-7077, as the new attorney of record in this case.

DATED: August 21, 2008

JAVIER MEDINA BALTAZAR, Defendant

I consent to the above substitution.

DATED: August 20, 2008

Martin J. Molina, Present Attorney
MARTIN G. Molina

Above substitution accepted.

DATED: August 21, 2008

Donald A. Yates, New Attorney

It is So Ordered
Porter
8/21/08